## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHRISTIN GREEN and JORDAN PITLER, on behalf of themselves and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:18CV796 RLW |
| ALCON LABORATORIES, INC., ALCON RESEARCH, LTD., ALLERGAN, INC., ALLERGAN USA, INC., and ALLERGAN SALES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties (ECF No. 39),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to

bear its own fees and costs.

Dated this 9th day of October, 2018.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**